ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANA KRAFT,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:23-cv-05434-LJC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will:

- Re-evaluate the claimant's subjective symptom testimony;
- Reevaluate the medical opinions and prior administrative medical findings;
- Reevaluate the claimant's RFC;
- Continue the sequential evaluation process as needed, including obtaining vocational expert

Stip. to Remand, [3:23-cv-05434-LJC]                    1

testimony; and

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 12, 2023        By: /s/ *Katherine Siegfried*
KATHERINE SIEGFRIED
(as authorized by email)
Attorneys for Plaintiff

Dated: December 12, 2023        ISMAIL J. RAMSEY
United States Attorney

By:    /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: December 12, 2023      _____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE