UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA KRAFT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>　　　　Defendants. | Case No.  23-cv-05434-LJC<br><br>**JUDGMENT** |

On December 12, 2023, the Court granted the parties' stipulation for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 13, 2023

LISA J. CISNEROS
United States Magistrate Judge