Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, SHANA KRAFT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA KRAFT,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant | CIVIL NO. 23-cv-05434-LJC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND THREE HUNDRED AND FORTY-FIVE DOLLARS ($1,345) and costs in the amount of FOUR HUNDRED AND TWO DOLLARS ($402) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by Plaintiff's counsel, Katherine R. Siegfried (Plaintiff's Attorney) in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d). Plaintiff was the prevailing party in this matter, and her net worth is less than two million dollars.

　　　　After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's Attorney. Pursuant to *Astrue v. Ratliff*, 560 US 586 (2010), the ability to honor the assignment will depend on whether the fees

are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Katherine Siegfried, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to the Law Office of Katherine Siegfried.

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Attorney, including the Law Office of Katherine Siegfried, may have relating to EAJA attorney fees and expenses in connection with this action. This award is without prejudice to the rights of Katherine Siegfried to seek attorney fees under 42 U.S.C. § 406, subject to the savings provisions of the EAJA.

Date: February 20, 2024

By: _____
    Katherine Siegfried
    Attorney for the Plaintiff

Date: February 20, 2024

ISMAIL RAMSEY
United States Attorney

By: /s/ *Erin Highland (as authorized by email)*
    Erin Highland
    Special Assistant United States Attorney
    Attorney for Defendant

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees in the amount of ONE THOUSAND THREE HUNDRED AND FORT-FIVE DOLLARS ($1,345) and costs in the amount of FOUR HUNDRED AND TWO DOLLARS ($402) be awarded subject to the terms of the Stipulation.

Dated: February 27, 2024

_____
Hon. Lisa J. Cisneros
UNITED STATES DISTRICT COURT JUDGE